U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 17 2008
CLERK U.S. DISTRICT COURT
By ______________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA §
§
v. § No. 1-08CR-0056C
§
TREY DUSTIN TAYLOR §

INDICTMENT

The Grand Jury Charges:

Count One
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2)

On or about November 5, 2007, in the Abilene Division of the Northern District of Texas, and elsewhere, **Trey Dustin Taylor**, defendant, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), in interstate and foreign commerce, that is, a computer video file entitled "! NEW ! (pthc) 2007 Tara 8yr- Tara's Oral Explosion (kleuterkutje) (pedo) (ptsc).mpeg," which video depicts a female child under the age of eighteen (18) years engaging in sexually explicit conduct, specifically: oral-genital sexual intercourse with an adult male.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2.

<u>Count Two</u>
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2)

On or about November 7, 2007, in the Abilene Division of the Northern District of Texas, and elsewhere, **Trey Dustin Taylor**, defendant, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), in interstate and foreign commerce, that is, a computer video file entitled "NEW!! PTHC - Kids and Sex Toys (Preteen Toy Story) - - ptsc pthc kingpass hussyfan babyj jenny babyshivid vicky r@ygold 13yo 12yo 11yo 10yo 9yo 8yo 7yo 6yo 5yo 4yo 3yo 2yo.avi," which video depicts various female children under the age of eighteen (18) years engaging in sexually explicit conduct, specifically: lascivious exhibition of the genitals and pubic areas of said children.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2.

Count Three
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2)

On or about January 21, 2008, in the Abilene Division of the Northern District of Texas, and elsewhere, **Trey Dustin Taylor**, defendant, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), in interstate and foreign commerce, that is, a computer video file entitled "(pthc) 9yo vicky stripping and sucking (kiddy pedo illegal underage preteen).mpg," which video depicts a female child under the age of eighteen (18) years engaging in sexually explicit conduct, specifically: oral-genital sexual intercourse with an adult male.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2.

<u>Count Four</u>
Receipt of Child Obscenity
(Violation of 18 U.S.C. §§ 1466A(a)(2) and 2)

On or about January 31, 2008, in the Abilene Division of the Northern District of Texas, and elsewhere, **Trey Dustin Taylor**, defendant, did knowingly receive in interstate and foreign commerce by means of use of a computer and by way of the Internet, a visual depiction that depicts an image that is, and appears to be, of a minor female child under the age of eighteen years, engaging in oral-genital and genital-genital sexual intercourse with an adult male, and which visual depiction lacks serious literary, artistic, political, and scientific value, and which image is described and named as follows: a computer video file entitled "[ R@ygold PTHC Hussyfan Kingpass] 11yo Girl fucked by Daddy.mpg."

In violation of Title 18, United States Code, Sections 1466A(a)(2) and 2.

<u>Count Five</u>
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2)

On or about March 6, 2008, in the Abilene Division of the Northern District of Texas, and elsewhere, **Trey Dustin Taylor**, defendant, did knowingly possess, and attempt to possess, a Western Digital computer hard disk drive, Model WD800, serial number WCAA52276957, containing at least one image of child pornography as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and which computer hard drive included an image of child pornography, among many others, entitled: "MafiaSex.Ru_Children_Kids_Hard_0000170_Sex_Party_Child_Underage_Porn_Nude.jpg," which image of child pornography depicts four female children and one male child, all under the age of eighteen (18) years, engaging in sexually explicit conduct, specifically: lascivious exhibition of the genitals and pubic areas of said children.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

A TRUE BILL

FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

STEVEN M. SUCSY
Assistant United States Attorney
Texas State Bar No. 19459200
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel.: 806.472.7351
Fax: 806.472.7394
E-mail: steve.sucsy@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

---

THE UNITED STATES OF AMERICA

V.

TREY DUSTIN TAYLOR

---

INDICTMENT

18 U.S.C. §§ 2252A(a)(2)(A) and 2,
Receipt of Child Pornography
(3 Counts)

18 U.S.C. §§ 1466A(a)(2) and 2,
Receipt of Child Obscenity
(1 Count)

18 U.S.C. §§ 2252A(a)(5)(B) and 2,
Possession of Child Pornography
(1 Count)

---

A true bill rendered.

[signature] Foreperson

LUBBOCK

Filed in open court this 17th day of September, A.D. 2008

---

Clerk

Summons to issue for defendant.

[signature]

UNITED STATES ~~DISTRICT JUDGE~~/MAGISTRATE JUDGE