**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 1:08-CR-056 |
| | § | ECF |
| TREY DUSTIN TAYLOR | § | |

**DEFENDANT'S MOTION FOR PRODUCTION AND DISCOVERY PURSUANT TO RULE 16**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, TREY DUSTIN TAYLOR, in the above-styled and -numbered cause and pursuant to Federal Rules of Criminal Procedure, Rule 16, moves this Honorable Court to direct the Assistant United States Attorney to make or have available at any appropriate time designated by the Court certain evidence and/or information, more specifically set out below:

I.

1. The Defendant respectfully moves the Government to provide to the Defendant for inspection, copying and reproduction, all written or recorded statements including any depositions made by the Defendant in the possession, custody or control of the Government the existence of which is known or, by the exercise of due diligence, may become known to the attorney for the Government.

2. The substance of any oral statements or remarks which the Government intends to offer into evidence at the trial made by the Defendant, whether before or after arrest and in response to interrogation by any person then known to the Defendant to be a Government agent.

3. Copies of all pertinent law enforcement notes containing statements made by the Defendant to any law enforcement agency at any time during the investigation which resulted in the indictment in the above-styled and numbered cause.

4. The Government should provide to the Defendant a copy of Defendant's entire prior criminal record within the possession, custody and control of the Government, the existence of which is known or by the exercise of due diligence, may become known to the attorney for the Government.

5. The Government should allow the Defendant to inspect, copy and/or photograph or reproduce all books, papers, documents, photographs, tangible objects, buildings or places, or copies of portions thereof which are within the possession, custody or control of the Government and which are material to the preparation of Defendant's defense or are intended for use by the Government as evidence in chief at the trial of this case or were obtained from or belonged to the Defendant at any time during the investigation of this cause.

6. The Government should provide to the Defendant for inspection, copying and/or reproduction any results or reports of physical or mental examinations and of scientific tests or experiments conducted by any law enforcement agent or anyone under the direction of the Government, copies of which are within the possession, custody or control of the Government, the existence of which is known or by the exercise of due diligence may become known to the attorney for the Government and which are material to the preparation of the defense or are intended for use by the Government as evidence in chief at the trial.

II.

The Defendant further requests the Government to provide to the Defendant at an appropriate time for inspection, copying and reproduction, the following items:

1. Any and all statements of any unindicted or indicted co-conspirators, whether written or oral, subsequently reduced to writing, or summarized in law enforcement agent's reports.

2. All criminal records of any and all persons the Government intends to call as witnesses in its case in chief.

3. The identity and address of any and all persons who testified before the Grand Jury in connection with the investigation of the charges herein and to provide a transcript of the testimony of said persons who testified before the grand jury which related to the offenses charged.

4. Any and all tangible objects obtained by the Assistant United States Attorney and any law enforcement agent, whether voluntarily turned over by unindicted or indicted co-conspirators or co-defendants or obtained through law enforcement activities which the Government utilized in presenting the case to the Grand Jury and will utilize at some date in the future in its presentation of evidence before a jury in its case in chief.

5. Any and all copies of privately electronically recorded conversations furnished to the Government voluntarily by any person including but not limited to unindicted or indicted co-defendants and co-conspirators in this cause which the Government has obtained during the investigation in this cause and upon which it obtained valuable information leading to the indictment in the above styled and numbered cause.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Motion for Discovery under Rule 16 will be granted in its entirety.

Respectfully submitted,

**MARK S. SNODGRASS, P.C.**
**ATTORNEYS AT LAW**
1212 Texas Ave.
Lubbock, Texas 79401
Ph. No. (806) 762-0267
Fax No. (806) 741-1667
Email: marksnodgrass@sbcglobal.net

By: *<u>/s/</u>* Mark S. Snodgrass
Mark S. Snodgrass
State Bar No. 00795085

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion, has been delivered to the United States Attorney's Office, 1205 Texas Ave., Suite 700, Lubbock, Texas 79401 on October 23, 2008.

*/s/* Mark S. Snodgrass
Mark S. Snodgrass

**CERTIFICATE OF CONFERENCE**

This is to certify that I have had a conference with Mr. Steve Sucsy, Assistant United States Attorney, in charge of the above-styled and numbered cause; and at the time of filing this Motion, the Government will comply with Rule 16.

SIGNED October 23, 2008

*/s/* Mark S. Snodgrass
Mark S. Snodgrass