PS 42
(7/93)

# United States District Court

## Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 30 2008
CLERK, U.S. DISTRICT COURT
By
Deputy

**United States of America** )
)
**vs** )
)
**Trey Dustin Taylor** ) **Case No. 1:08-CR-056(01)**

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Trey Dustin Taylor, have discussed with Connie L. Massey, Pretrial Services Officer, modifications of my release conditions as follows:

(dd). The defendant shall submit to periodic unannounced examination of his/her computer(s), storage media, and/or other electronic or Internet-capable devices performed by the probation officer at a reasonable time and in a reasonable manner based on reasonable suspicion of contraband evidence of a violation of supervision. This may include the retrieval and copying of any prohibited data and/or the removal of such systems for the purpose of conducting a more thorough inspection. The defendant shall provide written authorization for release of information from the defendant's Internet service provider. (Macro 25A)

(ee). The defendant shall not use any computer other than the one the defendant is authorized to use, without prior approval from the probation officer. (Macro 25B)

(ff). The defendant shall not use any software program or device designed to hide, alter, or delete records and/or logs of the defendant's computer use, Internet activities, or files stored on the defendant's computer. (Macro 25C)

(gg). The defendant shall not maintain or create a user account on any social networking site (i.e. MySpace.com, Facebook.com, Adultfriendfinder.com, etc.) that allows access to persons under the age of 18, or allows for the exchange of sexually explicit material, chat conversations, or instant messaging. The defendant shall not view and/or access any web profile of users under the age of 18. (Macro 25G)

(hh). The defendant shall not use or possess a web cam or any other hardware that allows for the exchange of video or photographs online. (Macro 25I)

(ii). The defendant shall not access any service or use any software that allows for direct peer-to-peer contact that may include chat rooms, file sharing, or other similar activity, without permission from the probation officer. (Macro 25J)

(jj). The defendant shall not engage in or utilize any service that allows peer-to-peer file sharing or file transfer protocol activity. (Macro 25L)

I consent to this modification of my release conditions and agree to abide by this modification.

Trey Dustin Taylor — Date: 10/24/08

Pretrial Services Officer Connie L. Massey — Date: 10/24/08

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel — Date: 10/22/08

[✓] The above modification of conditions of release is ordered, to be effective on 10/30/08

[ ] The above modification of conditions of release is not ordered.

U.S. Magistrate Judge Philip R. Lane — Date: 10/30/08