IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:08-CR-056-C |
| | ) | ECF |
| TREY DUSTIN TAYLOR | ) | |

**ORDER SETTING HEARING**

The hearing to determine violation of pretrial conditions and revocation of bond is set for January 26, 2009, at 9:00 a.m. in the United States District Courtroom, Lubbock, Texas.

SO ORDERED.

Dated January 22, 2009.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE