**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**Abilene Division**

HONORABLE: SAM R. CUMMINGS PRESIDING

DEPUTY CLERK: SHIRLEY HARTMAN COURT REPORTER/TAPE NUMBER: MECHELLE DANIEL

LAW CLERK: USPO:

INTERPRETER: Date: Jan 22, 2009

Cr. No. 1:08-CR-056-C DEFT. No. 1

UNITED STATES OF AMERICA §
V. §
§
TREY DUSTIN TAYLOR §
Defendant's Name

Steve Sucsy, AUSA
MARK SNODGRASS (R)
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

**~~ARRAIGNMENT~~/REARRAIGNMENT**

Time in Court: 10 MIN

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty ☐ None

Days in Trial:

Hearing Concluded: ☒ Yes ☐ No

☒ Defendant SWORN.
☐ Arraignment ☒ Rearraignment - Held on count (s) 1
of the 5 count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Complaint ☐ Superseding Information
☒ Sentencing Guidelines
☒ Deft enters a plea of ☐ Not Guilty ☒ Guilty ☐ Nolo
☒ Waiver of Jury Trial
☐ Waiver of Indictment filed
☒ Plea Agreement accepted ☐ Court defers acceptance of Plea Agreement
☒ Plea Agreement filed (see agreement for details) ☐ No Plea Agreement
☐ Plea Agreement included with Factual Resume.
☒ Factual Resume filed.
☐ Sentencing set Date: Time:
☐ Trial set for Date: Time:
Pretrial motions due: Discovery motions/Government Responses due:
☒ Orders for PSI, Disclosure Date and Setting Sentencing entered.
☐ PSI waiver filed. PSI due: Pre-sentence Referral Form to:
☐ Deft Bond ☐ Set ☐ reduced to $ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ forfeited
☐ Deft Custody/Detention continued.
☐ Deft REMANDED to custody.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 22 2009
CLERK, U.S. DISTRICT COURT
By
Deputy

OTHER PROCEEDINGS: Hrg set for 9:00 - Monday Jan. 26 for violations of pretrial conditions