U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 2 2009
CLERK, U.S. DISTRICT COURT
By
Deputy

# FACTUAL RESUME

UNITED STATES OF AMERICA v. TREY DUSTIN TAYLOR
NO. 1:08-CR-056-C - ABILENE DIVISION - NORTHERN DISTRICT OF TEXAS

INDICTMENT: TO BE ARRAIGNED ON COUNT ONE OF INDICTMENT 1:08-CR-056-C - Charging a violation of 18 U.S.C. § 2252A(a)(2)(A) - Interstate Receipt of Child Pornography.

MAXIMUM PENALTY: A term of imprisonment of not less than five years nor more than twenty years, a fine of not more than $250,000.00, or both. A term of supervised release of up to life must follow any term of imprisonment. If Taylor violates the conditions of supervised release, he could be imprisoned and subject to additional terms of supervised release and imprisonment as determined by the Court in accordance with law.

MANDATORY SPECIAL ASSESSMENT: $100.00

PLEA AGREEMENT: As set forth in the Plea Agreement letter attached hereto and incorporated herein.

ELEMENTS OF THE OFFENSE:

**18 U.S.C. § 2252A(a)(2)(A). Interstate Receipt of Child Pornography**:

Defendant Trey Dustin Taylor:

1. On or about the date charged in the indictment;

2. knowingly received;

3. child pornography;

4. that had been mailed, or shipped, or transported in interstate or foreign commerce by any means, including by computer.

"Child pornography" means any visual depiction of sexually

explicit conduct where such visual depiction is of a minor engaging in sexually explicit conduct.

A “minor” is any person under the age of eighteen years.

“Sexually explicit conduct” means:

(A) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;
(B) bestiality;
(C) masturbation;
(D) sadistic or masochistic abuse; or
(E) lascivious exhibition of the genitals or pubic area of any person.

FACTS: Beginning in approximately March 2007, Taylor became interested in child pornography. He began using the Internet to collect images and videos of child pornography from Yahoo! groups and through use of the Limewire peer-to-peer software file sharing program. When searching for child pornography on Limewire, Taylor used the search terms "teen," "lolita," "preteen," "young," "incest," "hardcore," "softcore," and "upskirt," intending to locate images and videos depicting minors engaging in sexually explicit conduct.

All of the images and videos of child pornography in Taylor's collection were downloaded by him from the Internet, at his residence in Cisco, Texas, using his family computer.

On November 5, 2007, while searching for child pornography on the Internet, Taylor knowingly received a video entitled “! NEW ! (pthc) 2007 Tara 8yr- Tara’s Oral Explosion (kleuterkutje) (pedo) (ptsc).mpeg.” This video depicts a female child under the age of 18 years engaging in oral-genital sexual intercourse with an adult male.

The above facts are true and correct:

TREY DUSTIN TAYLOR
Defendant

1/20/09
Date

MARK S. SNODGRASS
Attorney for Defendant

1/21/09
Date