U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 26 2009
CLERK, U.S. DISTRICT COURT
By ________________
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CR. NO. 1:08-CR-056-C** |
| | § | |
| **TREY DUSTIN TAYLOR** | § | |

**DEFENDANT'S REQUEST FOR SELF SURRENDER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the TREY DUSTIN TAYLOR, Defendant herein, by and through his Attorney Mark S. Snodgrass, would respectfully request the Court that the Defendant be allowed to self surrender to facility designated by the United States Marshall, and in support of this request, would respectfully show the Court as follows:

1. Defendant was charged by a 5 Count Indictment with Interstate Receipt of Child Pornography and Aiding and Abetting. Defendant voluntarily surrendered to the U. S. Marshals and was released on a personal recognizance bond.

2. Defendant pled guilty to count 1 of the Indictment in this cause on January 22, 2009 and the Court ordered that a presentence report be prepared by the U. S. Probation Office.

3. Defendant is scheduled to be sentenced by the Court at a later date.

4. Defendant has reviewed the sentencing guidelines with his attorney and realizes that he will be sentenced to a term of incarceration.

5. Defendant wishes to begin his incarceration immediately.

ORIGINAL

WHEREFORE, PREMISES CONSIDERED, TREY DUSTIN TAYLOR, respectfully prays the Court to allow him to Self Surrender to the custody of the United States Marshall on January 26, 2009.

Respectfully submitted,

**Law Office of Mark S. Snodgrass, P.C.**
1212 Texas Ave.
Lubbock, Texas 79401
Telephone 806/762-0267
Facsimile 806/741-1667

Trey Dustin Taylor
Defendant

Mark S. Snodgrass
SBN 00795085

**CERTIFICATE OF CONFERENCE**

The undersigned does hereby certify that on the 25th of January, 2009 that he personally conferred with assistant United States Attorney Steve Sucsy, and he does not oppose this motion.

Mark S. Snodgrass

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing instrument was served this date on the parties listed below via

__ United States mail, first-class postage prepaid
__ Certified mail, certificate number __________
X Hand delivery
__ Fax __________

Mr. Steve Sucsy
Assistant U.S. Attorney
Room 706, Federal Building
1205 Texas Ave.
Lubbock, TX 79401

Dated: 1/25/09

______________________