MO-1 (3/07)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

HONORABLE SAM R. CUMMINGS PRESIDING
COURT REPORTER/TAPE: MECHELLE DANIEL
DEPUTY CLERK SHIRLEY HARTMAN
USPO H. Cruz
LAW CLERK ______
INTERPRETER ______

CR. No. 1:08-CR-056-C DEFT. No. 1

UNITED STATES OF AMERICA § Steve Sucsy AUSA
§
v. §
§
TREY DUSTIN TAYLOR § MARK SNODGRASS (R)
Defendant's Name § Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 1 2009
CLERK, U.S. DISTRICT COURT
By [signature]
Deputy

SENTENCING

Date Held: 05/01/2009
Hearing Type: ☐ Sentencing Hearing - Contested ☒ Sentencing Hearing - Non-Evidentiary
Time in Court: 5 MIN
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty Plea ☐ None
Days in Trial: ______
Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☒ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

SENTENCING TEXT:

☐ .. Deft. placed on: Probation for ______.
☒ .. Deft. committed to custody of the ~~AG~~/BOP to be imprisoned for a TOTAL term of 188 MONTHS.
☒ .. Deft. placed on: Supervised Released for 30 YEARS.
☐ .. Restitution ordered in the amount of $______ and/or Fine imposed in the amount of $______.
☒ .. Count(s) REMAINING dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $ 100.00 special assessment on Count(s) 1
of ☐ Complaint ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ ....... Deft ordered to surrender to the designated institution on ______.
☐ ....... Deft failed to appear, bench warrant to issue.
☐ ....... Bond ☐ continued ☐ revoked
☒ ....... Deft Advised of his right to appeal.
☐ ....... Deft requests Clerk to enter notice of Appeal.
☐ ....... Deft Custody/Detention continued.
☒ ....... Deft REMANDED to custody. Court recommends incarceration at FCI Fort Worth.

OTHER PROCEEDINGS/INFORMATION: ______