From: Trey Dustin Taylor
Reg# 37591-177
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

Date: June 24th, 2016

To: Clerk of Court
United States District Court
Northern District of Texas
George H Mahon Federal Building
and United States Courthouse
1205 Texas Avenue
Lubbock, Texas 79401

**RE: Clarification of Record**

Clerk of Court:

This letter is to request one (1) copy of the docket sheet associated with Criminal Case No.: 1:08-cr-056-01-C.

Thank you in advance for your assistance with this matter.

Respectfully,

/s/ Trey Dustin Taylor

Trey Dustin Taylor
Reg# 37591-177

RECEIVED
JUN 30 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Trey Taylor # 37591-177
Federal Correctional Institution
1900 Simler Ave.
Big Spring, Tx. 79720

MIDLAND / ODESSA
TX 797 2 L
28 JUN 2016 PM

⇔37591-177⇔
Us District Court
Clerk of Court
1205 Texas AVE
George H Mahon Fed. Build
Lubbock, TX 79401
United States

JUN 30 2016
CL... COURT
NOR... TEXAS

79401$4027