UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

# Request for Modifying the Conditions or Term of Supervision With Consent of the Person Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Trey Dustin Taylor Case No.: 1:08-CR-056-H(01)

Name of Sentencing Judge: Senior U.S. District Judge Sam R. Cummings (Case reassigned to U.S. District Judge James Wesley Hendrix on August 9, 2019.)

Date of Original Sentence: May 1, 2009

Original Offense: Interstate Receipt of Child Pornography and Aiding and Abetting, 18 U.S.C. §§ 2252A(a)(2)(A) & 2, Class C Felony

Original Sentence: 188 months custody, 30-year term of supervised release

Revocations: None

Type of Supervision: Supervised Release Date Supervision Commenced: June 3, 2021

Assistant U.S. Attorney: Steven M. Sucsy Defense Attorney: Mark S. Snodgrass (Court appointed)

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the person under supervision as follows:

The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month.

### Cause

Trey Dustin Taylor's (Taylor) term of supervised release commenced in the Northern District of Texas, Lubbock Division. Taylor completed his initial treatment assessment from Texas Tech University Health Sciences Center/Southwest Institute for Addictive Diseases (TTUHSC/SWIAD), Lubbock, Texas, the local substance abuse and mental health treatment provider. It was requested by TTUHSC/SWIAD that Taylor be authorized to receive psychiatric services including medication monitoring.

Accordingly, it is respectfully recommended that Mr. Taylor's conditions of supervision be modified to allow him to participate in mental health treatment services with TTUHSC/SWIAD and to allow for monitoring of his psychiatric medication.

Attached for the Court's review is Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, signed by Mr. Taylor agreeing to the above.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on July 6, 2021

| | |
|---|---|
| Respectfully submitted, | Approved, |
| s/Dale Rector | s/Tye Lawrence |
| U.S. Probation Officer<br>Lubbock Division<br>Phone: 806-472-1149 | Supervising U.S. Probation Officer<br>Phone: 806-472-1144 |

DR/vt
*Attachment

---

**Order of the Court:**

- ☐ No Action
- ☐ The extension of supervision as noted above.
- ☑ To add to the conditions of supervision as follows: The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month.
- ☐ Other or Additional:
- ☐ File under seal until further order of the Court.

[signature]

The Honorable James Wesley Hendrix
U.S. District Judge

7/12/2021
Date

UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

# Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v.

Trey Dustin Taylor

Case No.: 1:08-CR-056-H(01)

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month.

Witness: ______________________
Dale Rector
U.S. Probation Officer

Signed: ______________________
Trey Dustin Taylor
Supervised Releasee

Date: July 2, 2021