IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 1:08-CR-056-H (01) |
| v. | **ECF** |
| TREY DUSTIN TAYLOR | |

MOTION TO REVOKE SUPERVISE RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke the Supervised Release of Trey Dustin Taylor and in support of which the United States shows as follows:

**I.**

On May 9, 2009, Try Dustin Taylor (Taylor), defendant, was sentenced by Senior United States District Judge Sam R. Cummings for the Northern District of Texas, to a term of incarceration of 188 months, to be followed by a 30-year term of supervised release upon his conviction for Interstate Receipt of Child Pornography and Aiding and Abetting, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2. Taylor's term of supervised release commenced on June 3, 2021.

## II.

Taylor violated the terms and conditions of his supervised release in the following manners:

| | |
|---|---|
| **Mandatory Condition:** | **The defendant shall not commit another federal, state, or local crime.** |
| **Standard Condition No. 11:** | **The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.** |

On October 24, 2021, Taylor was arrested and charged with Assault on EMS Personnel Providing Services, in violation of Texas Penal Code, 22.01(b)(5), a third-degree felony. When EMS personnel attempted to assist Taylor, he began thrashing his body about violently and kicking EMS personnel, causing pain. Tyler had to be restrained and was transported to the University Medical Center in Lubbock, Texas.

Tyler failed to report his arrest to his probation officer.

## III.

| | |
|---|---|
| **Mandatory Condition:** | **The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as directed by the probation officer.** |

| | |
|---|---|
| **Standard Condition No. 7:** | **The defendant shall refrain from excessive use of alcohol and not purchase, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, expect as prescribed by a physician.** |
| **Special Condition No. 1:** | **The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection for substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at a rate of at least $20 .00 per month.** |

On October 24, 2021, Tyler failed to use his prescribed medications as prescribed as evidenced by his admission that he “snorted” a combination of his medications in order to “have a good time”.

On October 27, 2021, Tyler failed to submit a urinalysis test as directed.

## IV.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with law.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Juanita Fielden

JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
341 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone: 325-672-8160