IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREY DUSTIN TAYLOR | No. 1:08-CR-056-H<br>ECF |

# FIRST AMENDED MOTION TO REVOKE SUPERVISED RELEASE

The United States of America requests that this Court revoke the supervised release of Trey Dustin Taylor as follows:

## Facts

On or about May 1, 2009, this Court sentenced Taylor to 188 months imprisonment and a 30-year term of supervised release for violating Title 18, United States Code, Section 2252A(a)(2)(A), Interstate Receipt of Child Pornography. Taylor began his term of supervised release on June 3, 2021.

## Violation of Supervised Release Conditions

Taylor violated the terms and conditions of his supervised release in the following respects:

VIOLATION OF MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

VIOLATION OF STANDARD CONDITION NO. 7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to

any controlled substances, except as prescribed by a physician.

VIOLATION OF SPECIAL CONDITION NO. 1: The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency that will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $20 per month.

Taylor violated these conditions of supervised release on or about October 24, 2021, by using Bupropion XL and Gabapentin in a manner other than as prescribed by a physician. On October 27, 2021, Taylor failed to submit a urine specimen, as required.

VIOLATION OF STANDARD CONDITION NO. 11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

Taylor violated this condition of supervised release by failing to notify his probation officer within 72 hours of October 24, 2021, that he had been contacted by the Lubbock County Sheriff's Office.

The United States respectfully requests that this Court revoke the defendant's supervised release, and that the Court order the defendant to the custody of the Attorney General to serve a sentence as determined by the Court.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

s/ Jeffrey R. Haag
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806.472.7559
Facsimile: 806.472.7394
E-mail: jeffrey.haag@usdoj.gov