1:08-cr-056-H

To whom it may concern,

I am writing this letter in an attempt to reach a court clerk or an official who may be able to help me. My name is Trey Dustin Taylor, my date of birth is 12-02-1985 and the last four of my social security number is 8310. I am currently a detainee here at the Lubbock Co. Detention Center. I am currently facing a state charge but am also currently serving an 11-month sentence for violating my federal supervised release after my federal prison sentence. I was violated and sentenced in federal court back in April of this year under case number 1:08-CR-00056-H-BU by Judge Hendrix. I was sent back here to state custody to handle my state case in June. Lubbock Co. Sheriff's office shows that I am currently under a U.S. Marshall detainer for a different case number, 1:08-CR-0046-01, and not the 1st case number for which I was sentenced back in April. Can you please help shed some light on this issue for me? Am I still under the first case number, the 00056 case, or am I now under a hold for a new and pending case? Is this just a clerical

RECEIVED
AUG 18 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

mistake? Do I even have a case pending at all in your court? I could really use some clarafication. Thank you in advance for your time and assistance in dealing with this matter. I eagerly await your responce. Please do not respond to the address listed on the envelope but to the address listed below as it is the address for legal mail.

Sincerely,
Trey Taylor

TREY Taylor
#169971
P.O. Box 10535
Lubbock, Tx
79408

Lubbock County Detention Center
Inmate Name Trey Taylor
SO # 169971
PO Box 9133
Seminole, FL 33775-9133

Legal Mail

LUBBOCK TX 794
15 AUG 2022 PM 1

RETURN SERVICE
REQUESTED

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 79401 $ 000.57⁰
02 4W
0000386595 AUG 15 2022

INDIGENT

U.S. District Court
Northern District of Texas
1205 Texas Ave. # 209
Lubbock, TX.
79401

RECEIVED
AUG 18 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79401-402759

Legal Mail