# United States District Court
## Northern District of Texas

*Abilene Division*

8/18/2022

Trey Dustin Taylor, #169971
Lubbock Detention Center
P.O. Box 10535
Lubbock, TX 79408

Re: Your correspondence received in the U.S. District Clerk's Office on 8/18/2022
Case No./Style: 1:08-cr-056-H

Mr. Taylor:

Enclosed please find a copy of the public docket sheet for your case, 1:08-cr-056-H. Judgment Revoking Probation/Supervised Release was entered on 4/7/2022.

You are not associated with case number 1:08-cr-046.

Sincerely,

Deputy Clerk - amg