8-22-22

FILED
August 25, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

1:08-cr-056-H

Deputy Clerk,

First off, thank you for your timely responce to my previous letter. Unfortuantly, this still has not completely cleared up all of the confusion. I still have a few questions and nolonger have an attorney who will answer me and no one else to turn to for answers. Hopefully you can answer a few questions please, if you can and will take the time to help me.

First, Lubbock County Detention Center has on record a "Federal Warrant/U.S. Marshal Detainer" on me for case number "1:08-CR-0046-01-C." Am I at all associated with this case number? Is it a warrant or new/pending charge out of the Lubbock branch of the Northern District? Can you tell me if I have any pending charges/cases at all, in the Northern District, be it Abilene or Lubbock? If you can't answer that question about charges in the Lubbock branch, who can I reach out to who would answer me? I'm so sorry if when you said I was not associated with case number "1:08-cr-046," this was the case number I am asking about. I get confused when the case numbers are shortened from the original.

So thank you in advance if you can help me get cleared up on my questions and taking the time to do so. Your help is greatly appriciated.

Again my info is as follows if it is needed for your help in conducting any searches.

Sincerely,

Trey Taylor

Trey Dustin Taylor
D.O.B - 12/02/1985
Last 4 of SSN: 8310

Legal Mail

Lubbock County Detention Center
Inmate Name Trey Taylor
SO # 169971
PO Box 9133
Seminole, FL 33775-9133

LUBBOCK TX 794
23 AUG 2022 PM 2 L

RETURN SERVICE REQUESTED

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 79401 $ 000.5[illegible]0
02 4W
0000386595 AUG 23 2022

U.S. District Court
Office of the Clerk
Northern District of Texas - Jury Office
341 Pine St. Rm. 2008
Abilene, Tx. 79601-5928

INDIGENT

RECEIVED
AUG 25 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79601-592808

Legal Mail