8/29/22

FILED
September 1, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

1:08-cr-056-H

To the Court Clerk (amg),

First off, I want to thank you for you time and patiance with me and my questions and letters. I swear, as of right now this should be my final letter.

Yes, you have answered several of my questions and have actually helped clarify an error here in the records of the Lubbock Co. Detention Center. They did have me under the wrong detainer and with your letters, they found the mistake. This may have saved me alot of frustration here in the next 2 months, as well as prevented me from being held longer then I should have should I have been released soon. So thank you again.

The ONLY questions I have right now are the following. When you said the ONLY case I'm associated with in your search is 1:08-cr-056-H, does that include any pending cases or charges? With that paragraph, are you telling me there are NO warrents or summons out for me out of ANY of those branches? Basically, it all comes down to are there ANY federal warrents or ANYTHING pending or waiting

for me, not including the current detainer I'm currently under?

If you could please take the time, just once more, to reassure my mind and stress level that I have nothing more out there to deal with before I go home, I would greatly appricite it.

Again, thank you!

Tracy Taylor

D.O.B. 12/02/1985

Last 4 of SSN: 8310

Lubbock County Detention Center
Inmate Name TREY Taylor
SO # 169971
~~PO Box 9133~~
~~Seminole Fl 33775-9133~~
Lubbock County Detention Center
Inmate Name
SO#
PO Box 10535
Lubbock, TX 79408

Legal Mail

LUBBOCK TX 794
30 AUG 2022 PM 1 L

RETURN SERVICE REQUESTED

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 79401 $ 000.57⁰
02 4W
0000386595 AUG 30 2022

United States District Court
office of the Clerk
Northern District of Texas - Jury Office
341 Pine Street, Rm 2008
Abilene, Tx
79601-5928

INDIGENT

RECEIVED

SEP - 1 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79601-592899

Legal Mail