# United States District Court
## Northern District of Texas

*Abilene Division*

9/1/2022

Trey Dustin Taylor, #169971
Lubbock Detention Center
P.O. Box 10535
Lubbock, TX 79408

Re: Your correspondence received in the U.S. District Clerk's Office on 9/1/2022
Case No./Style: 1:08-cr-056-H

Mr. Taylor:

In response to your questions of "does that include any pending cases or charges?; are there any federal warrants or anything pending or waiting for me not including the current detainer I'm currently under?"
The Northern District of Texas does not show any additional pending or closed cases for you, only case no. 1:08-cr-056-H. As far as any pending federal charges, you would need to inquire with the Assistant U.S. Attorney's office: 500 Chestnut Street, Suite 601, Abilene, TX 79602.

Please include your case number on all correspondence/documents submitted to the Clerk.

Sincerely,

Deputy Clerk - amg