FILED
October 14, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

Case # 1:08-cr-056-H

10/11/22

To the Deputy Clerk,

I am writing you as you seem to be the ONLY person who is answering my letters. As I understand it from your last letter back on Sept. 1st, you can not tell me if I have any <u>pending</u> charges, but I am wondering if you can answer a few questions for me. I wrote the address you gave me for the Assistant U.S. Attorney's office for information on pending federal charges, the address you gave me was 500 Chestnut St. Suite 601 Abilene Tx. 79602. Unless there was a mix up in the mailroom or I accidently put the wrong suite number, I heard back from a group called Legal Aid of Northwest Texas. I rewrote the address you gave me and double-checked the suite number, so hopefully I got it right this time.

What I am hoping you can tell me is if, in the entire Northern District of Texas, as of right now, is if there are ANY new cases, new charges, new indictments, ANYTHING with my name associated with them except for my case (1:08-cr-056-H). I am having trouble getting any answers as to why my federal detainer isn't falling off now after my 11 mth sentence for my supervised release violation

has been completed, or <u>should</u> have ended.

If you can please help me get some answers to the pending/new charges/cases issue, I would greatly appreciate it. I am also having trouble writing my judge and his court, Judge Hendrix here in Lubbock. If you could please provide [redacted] with the correct address, so I may get in touch with him and the court to ask for a hearing or to request a lawyer to help me.

Again, thank you in advance for all of your help.

Sincerely,

[signature]

Trey Taylor

My information:
Trey Dustin Taylor
DOB: 12/02/1985
Last 4 of SSN: 8310

Please address all correspondence to:

Trey Taylor
#169971
Lubbock Detention Center
P.O. Box 10535
Lubbock, Tx. 79408

Lubbock County Detention Center
Inmate Name TREY Taylor
SO # 169971
PO Box 9133
Seminole, FL 33775-9133

Legal Mail

LUBBOCK TX 794
12 OCT 2022 PM 1 L

RETURN SERVICE
REQUESTED

FIRST CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 79401 $ 000.57⁰
02 4W
0000386595 OCT 12 2022

United States District Court
Office of the Clerk
Northern District of Texas
341 Pine Street, Rm 2008
Abilene, Tx 79601-5928

INDIGENT

RECEIVED
OCT 14 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79601-592808

Legal Mail