IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:08-CR-056-H<br>ECF |
| TREY DUSTIN TAYLOR | |

# MOTION TO REVOKE SUPERVISED RELEASE

The United States of America requests that this Court revoke the supervised release of Trey Dustin Taylor as follows:

## Facts and Argument

On May 9, 2009, Senior United States District Judge Sam R. Cummings sentenced Trey Dustin Taylor (Taylor), the defendant, to 188 months custody and a 30-year term of supervised release for violating Title 18, United States Code, Sections 2252A(a)(2)(A), and 2, Interstate Receipt of Child Pornography and Aiding and Abetting.

On April 7, 2022, the Court revoked Taylor's supervision after he was charged with Assault on EMS Personnel Providing Services, a third-degree felony. In that instance, Taylor admitted that he ingested Bupriopion and Gabapentin by crushing and snorting them. He was then combative and assaulted EMS personnel. He was charged and sentencing to four years custody with the Texas Department of Criminal Justice.

Taylor's current supervision started on July 29, 2024. The Court ordered Taylor to comply with certain terms and conditions during his period of supervised release, including the conditions set forth below.

Taylor violated the terms and conditions of his supervised release in the following respects:

> VIOLATION OF MANDATORY CONDITION No. 1: You must not commit another federal, state, or local crime.

> VIOLATION OF STANDARD CONDITION No. 9: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

Taylor violated these conditions of supervised release on or about June 18, 2025, after he was arrested for Public Intoxication, and he then admitted he took more of his prescription medicine than was allowed. The officer placed Taylor under arrest. Taylor failed to notify his probation officer within 72 hours.

> VIOLATION OF SPECIAL CONDITION No. 2: Without prior approval of the probation officer, the defendant shall not maintain or create a user account on any social networking site (i.e., Facebook, Twitter, Snapchat, Instagram, Grinder, Tinger, etc.) that allows access of any web profile users under the age of 18.

> VIOLATION OF SPECIAL CONDITION No. 3: The defendant shall neither possess nor have under his control any sexually oriented, or sexually stimulating materials of adults or children. The defendant shall not patronize any place where such material or entertainment is available.

Taylor violated these conditions of supervised release on or about June 18, 2025, when he admitted to possessing and viewing sexually explicit material. He admitted to maintaining and possessing a cellular telephone and maintaining a Snapchat and YouTube account.

The United States respectfully requests that this Court revoke the defendant's supervised release, and that the Court order the defendant to the custody of the Attorney

General to serve a sentence as determined by the Court.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

Matthew L. Tusing
Assistant United States Attorney
Indiana Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone: 325-271-6702
matt.tusing@usdoj.gov